IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH OTTIS, et al., | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV379 |
| | ) | |
| v. | ) | |
| | ) | |
| FISHER PRICE, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Jonathan Lee Riches Notice of Appeal, Filing No. 54. Riches seeks to appeal this court's denial of his motion to intervene and motion for reconsideration. The Federal Rules of Appellate Procedure require that "[u]pon filing a notice of appeal, the appellant must pay the district clerk all filing fees." Fed. R. App. P. 3(e). A party may proceed on appeal in forma pauperis without further authorization if he was permitted to proceed in forma pauperis in district court. Fed. R. App. P. 24(a)(3). Jonathan Lee Riches has not applied to proceed in forma pauperis. Accordingly,

IT IS ORDERED that within 10 days of the date of this order, Jonathan Lee Riches shall either file a motion for leave to proceed in forma pauperis with supporting documentation or pay the required filing fee. The Clerk's Office is instructed to mail a copy of this order to Jonathan Lee Riches at his last known address.

DATED this 8th day of October, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge