# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH OTTIS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | )  8:07CV379 |
| vs. | ) |
| | )  ORDER |
| FISHER-PRICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

On the court's own motion, the telephone planning conference previously set for January 16, 2009, at 9:30 a.m. is cancelled and is **rescheduled for January 23, 2009 at 9:30 a.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 6th day of January, 2009.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge