# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH OTTIS (an individual), et al.<br><br>*Plaintiff*,<br><br>vs.<br><br>FISHER-PRICE, INC.; MATTEL, INC.; MATTEL SALES CORP.; MOTO CONCEPTS, INC.; and ROBERT ROSSI,<br><br>*Defendants.* | Case No.: 8:07CV379<br><br>**ORDER OF DISMISSAL** |

Upon being advised that the parties have resolved their differences and filed a Stipulation of Dismissal,

IT IS ORDERED that:

1. The Complaint filed September 24, 2007 and the Amended Complaint filed October 1, 2008, are hereby dismissed with prejudice; and

2. Each of the parties shall bear their own respective costs, expenses and fees.

DATED this 26thday of January, 2009.

BY THE COURT:

/s JosephF. Bataillon
Joseph F. Bataillon
Chief District Judge

4835-6467-3027.1